# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ALICE CAMPBELL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY, a mutual corporation; ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 8:14-cv-00091-JLS-DFM <br><br> **JUDGMENT** <br><br> **[L.R. 56-1]** |

The motion of Defendants NATIONWIDE MUTUAL INSURANCE COMPANY and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY for Terminating Sanctions or, in the Alternative, Evidentiary Sanctions was heard before this Court on October 30, 2015, at 2:30 p.m.. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Mary Alice Campbell takes nothing from Defendants NATIONWIDE MUTUAL INSURANCE COMPANY and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY ("Defendants"), that this action against Defendants be

1

dismissed on the merits for the reasons set forth in the Court's prior Order (Doc. 61), that Plaintiff Mary Alice Campbell pay to Defendants reasonable expenses incurred in the filing of Defendants' Motion for Terminating Sanctions or, in the Alternative, Evidentiary Sanctions, in the amount of $8,005.73, and that Defendants recover their costs.

Dated: December 04, 2015

_____
Honorable Josephine L. Staton
U.S. DISTRICT COURT JUDGE